ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 3:05:17 PM
KEITH HOTTLE
CLERK

NO. 04-15-00005-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2015 3:05:17 PM
KEITH E. HOTTLE
Clerk

IN RE ESTATE OF JACK HIROMI IKENAGA, SR., DECEASED

ON APPEAL FROM THE PROBATE COURT NO. 1, BEXAR COUNTY, TEXAS
CAUSE NO. 2011PC4330

**SECOND MOTION FOR EXTENSION OF TIME TO FILE
APPELLEES' BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellees Jack Ikenaga, Jr., William D. Bailey, Temporary Administrator or the Estate of Jack Ikenaga Jr., Nancy Sumners, Christine Ikenaga, Patrick Gasiorowski, and Eric J. Goodman respectfully present this second motion to extend time in which to file their Appellees' Brief pursuant to Texas Rule of Appellate Procedure 38.6. One previous motion for extension of time to file the Appellees' Brief has been filed. In support of this motion, Appellees would show the Court as follows:

## I.

Appellees' Brief is currently due on September 8, 2015. Appellees intend to file a single brief, and that brief will be drafted principally by the undersigned. Because of the events and matters described more fully below, Appellees request an extension of an additional 15 days in which to file their Appellees' Brief or until September 23, 2015.

## II.

The requested extension is necessary because the following matters and issues have prevented the undersigned from completing the Appellees' Brief and will preclude the undersigned from doing so sooner than September 23, 2015:

1. The clerk's record in this appeal contains numerous errors and omissions and additional time has been expended to determine what items need to be included in a supplemental/corrected clerk's record;

2. The undersigned filed the Appellants' Brief in *Dennis Rayner and Joe Tex Xpress, Inc. v. Krista Dillon*, No. 06-15-00009-CV on August 17, 2015;

3. The undersigned completed documents necessary to perfect an appeal to this Court from *Robertson Electric, Inc. v. Select Building Systems, Inc. et al.*, No. 13-212, in the 216th District Court, Kendall County, Texas;

4. The undersigned filed a response to petitioners' motion for rehearing in *City of Houston and Daniel W. Krueger, in His Official Capacity as Director of Public Works & Engineering v. Little Nell Apartments, LP et al.*, No 14-0473, in the Texas Supreme Court on August 12, 2015;

5. This Court issued an opinion in *Hindes v. La Salle County, Texas*, No. 04-14-00651-CV on August 26, 2015, and the undersigned needs time to determine whether a motion for rehearing or motion for rehearing *en banc* should be filed;

6.    The undersigned has a pre-planned vacation scheduled and will be out of state from September 4, 2015 through September 7, 2015; and

7.    The undersigned's child has been ill, which required the undersigned to be out of the office for several days.

For all of the reasons explained above, counsel for Appellees cannot complete the Appellees' Brief by its current due date of September 8, 2015, and needs an additional 15 days in which to do so.

## III.

The undersigned has attempted to confer with David McLane, appellate counsel for appellant, via email and by telephone to determine whether this motion would be opposed. The undersigned has yet to hear from Mr. McLane as to whether the motion will be opposed. .

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant their motion for extension of time in which to file their Appellees' Brief, extend the deadline in which to file the brief an additional 15 days up to and including September 23, 2015, and grant such other and further relief to which Appellees may be justly and equitably entitled.

Respectfully submitted,


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Facsimile: (210) 826-0075
sam@hdappeals.com

SHELAYNE CLEMMER
State Bar No. 24044733
KEVIN M. YOUNG
State Bar No. 22199700
PRITCHARD HAWKINS YOUNG
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 477-7400
Facsimile: (210) 477-7450
sclemmer@phymy.com
kyoung@phmy.com

MARK STANTON SMITH
State Bar No. 18649100
HEARD & SMITH, L.L.P.
3737 Broadway, Suite 310
San Antonio, Texas 78209
Telephone: (210) 820-3737
Facsimile: (210) 820-3777
atysmith@heardandsmith.com

ATTORNEYS FOR APPELLEES

4

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 31st day of August, 2015:

David L. McLane                           *via email/eservice*
Attorney at Law
9901 IH-10 West, Ste. 695
San Antonio, Texas  78230
dlmclanelaw@yahoo.com

Roger L. McCleary                         *via email/eservice*
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Ste. 2500
Houston, Texas 77056
rmcleary@bmpllp.com


                                /s/ Samuel V. Houston, III
                                SAMUEL V. HOUSTON, III